UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JACKSON,

                    Plaintiff,                    **22-CV-10582 (GHW)**

     -against-                           **ORDER**

CHARLES RO MANUFACTURING CO. INC.

                    Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       A pre-settlement conference call in this matter is hereby scheduled for **Tuesday, May 16, 2023, at 11:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

       **SO ORDERED.**

DATED:    New York, New York
               April 24, 2023

                                                                                _____
                                                                                VALERIE FIGUEREDO
                                                                                United States Magistrate Judge